**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kemp SHIDER, Defendant—Appellant.**

No. 03–4551.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2005.

Decided: March 31, 2005.

James H. Moss, Moss, Kuhn & Fleming, P.A., Beaufort, South Carolina, for Appellant.

J. Strom Thurmond, Jr., United States Attorney, Miller W. Shealy, Jr., Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kemp Shider petitions this court for rehearing of his earlier appeal. In light of *United States v. Booker*, — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *United States v. Hughes*, 2005 U.S.App. LEXIS 4331 (4th Cir. Mar. 16, 2005), we grant the petition for rehearing solely as to the sentence and find that the district court plainly erred in imposing a sentence that exceeded the maximum allowed based on facts established by Shider's guilty plea. We therefore vacate the sentence and remand for proceedings consistent with *Hughes*. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*